**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 97-6503**

FREDERICK BALLENGER,

Petitioner - Appellant,

versus

KEITH E. OLSON, Warden; MARK SIMPSON, Dr.,
Regional DAP Coordinator; MARGARET HAMBRICK,
Regional Director; ED CROSLEY, Administrator;
KATHLEEN M. HAWK, Director of BOP; JANET RENO,
Attorney General,

Respondents - Appellees.

Appeal from the United States District Court for the Southern District of West Virginia, at Beckley. David A. Faber, District Judge. (CA-96-1902-5)

Submitted: August 14, 1997        Decided: August 21, 1997

Before NIEMEYER, Circuit Judge, and BUTZNER and PHILLIPS, Senior Circuit Judges.

Affirmed by unpublished per curiam opinion.

Frederick Ballenger, Appellant Pro Se. Rebecca A. Betts, United States Attorney, Michael Lee Keller, OFFICE OF THE UNITED STATES ATTORNEY, Charleston, West Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Ballenger v. Olson</u>, No. CA-96-1902-5 (S.D.W. Va. Mar. 18, 1997). We deny Appellant's motion for counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>